UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MATTHEW BAXTER, MARK DRISCOLL, AND RANDI TORRES IRIZARRY, on behalf of themselves and a class of similarly situated persons,<br><br>      Plaintiffs,<br><br>  v.<br><br>ORACLE CORPORATION,<br><br>      Defendant. | Case No. 1:25-cv-00601-RLP |

**DEFENDANT ORACLE CORPORATION'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

  Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Oracle Corporation discloses the following:

  Oracle Corporation has no parent corporation and no publicly held company owns 10% or more of Oracle Corporation's stock.

Dated: May 14, 2025        Respectfully submitted,

                */s/ Sam Garcia*
                Sam Garcia
                TX Bar No. 24080067
                LATHROP GPM LLP
                3131 McKinney Avenue, Suite 100
                Dallas, TX 75204
                Tel: (469) 983-6030
                Fax: (469) 983-6101
                sam.garcia@lathropgpm.com

                *Counsel for Defendant*

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on May 14, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Sam Garcia*
Sam Garcia
